FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Bay County, Florida   v.   United States

No. 2014-5149

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se     [X] As counsel for:   Bay County, Florida
                                     Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[ ] Appellant    [X] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant     [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Charles F. Beall, Jr. |
| Law firm: | Moore, Hill & Westmoreland, P.A. |
| Address: | 220 West Garden Street, 9th Floor |
| City, State and ZIP: | Pensacola FL 32502 |
| Telephone: | (850) 434-3541 |
| Fax #: | (850) 435-7899 |
| E-mail address: | cbeall@mhw-law.com |

Statement to be completed by counsel only (select one):

[X] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 11-12-14

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [X] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

11-13-14
Date

Signature of pro se or counsel

cc: Antonia R. Soares